# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSRAM GMBH<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS, INC., LG INNOTEK CO., LTD., LG ELECTRONICS U.S.A., INC., and LG INNOTEK U.S.A., INC.<br><br>　　　　Defendants. | Case No. CV 11-02699 PJH<br><br>**[PROPOSED]** **FINAL DECISION AND ORDER PURSUANT TO STIPULATION** |

Pursuant to stipulation and joint motion of Plaintiff OSRAM GmbH and Defendants LG Electronics, Inc., LG Innotek Co., Ltd., LG Electronics U.S.A., Inc., and LG Innotek U.S.A., Inc. (collectively, "LG"), which includes the stipulation that this final decision should be entered, this Court enters this final decision that LG has not sustained its burden of proving the invalidity of any patent claim of U.S. Patent No. 7,151,283, U.S. Patent No. 7,629,621, U.S. Patent No. 7,126,162, or U.S. Patent No. 6,812,500.

This action is dismissed with prejudice in its entirety. Each party is to pay its own costs and attorneys' fees. This decision is an Order of the Court which is final, enforceable, and not appealable.

IT IS SO ORDERED

Dated: November 14, 2012                    By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge